COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-07-377-CV

 

MCCLUNG
ROOFING, INC.                                                    APPELLANT

 

                                                   V.

 

SCOTTSDALE
INSURANCE, INDEPENDENT                               APPELLEES

INSURANCE GROUP, AND HULL
AND

COMPANY GENERAL AGENCY,
INC.

 

                                               ----------

            FROM
THE 96TH DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
To Dismiss.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant,
for which let execution issue.  See
Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and MEIER, JJ.

 

DELIVERED:  July 2, 2009











[1]See Tex. R. App. P. 47.4.